UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DALLAS X. EVANS,
                        Plaintiff,

               -against-

ABSOLUTE RESULTS,
                        Defendant.
------------------------------------------------------------- X

21 Civ. 280 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant has filed a motion to dismiss pro se Plaintiff's Amended Complaint in lieu of an answer (Dkt. No. 16).

    WHEREAS, pursuant to Individual Rule III.A.3, a pre-motion conference is not required prior to filing a motion to dismiss in lieu of an answer. Pursuant to Individual Rule III.C.2, a movant must still file a pre-motion letter prior to filing such a motion. That letter must include the information required by Individual Rule III.A.1 as well as a proposed briefing schedule. Accordingly, it is hereby

    **ORDERED** that Defendant's motion to dismiss is **denied** without prejudice to renewal once the parties have filed pre-motion letters per the Individual Rules.

    The Clerk of Court is respectfully directed to (1) close the docket entry at number 16 and (2) mail a copy of this Order to pro se Plaintiff.

Dated: July 14, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE